PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorney for Defendant,
INK ONE, LLC, dba INK EATS & DRINKS;
SCOTT McKINSTRY and RANDY PARAGARY.

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>INK ONE, LLC, dba INK EATS & DRINKS; SCOTT McKINSTRY; RANDY PARAGARY; AND DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:18-cv-02155-JAM-AC<br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Plaintiff GERARDO HERNANDEZ ("Plaintiff") and Defendants INK ONE, LLC, dba INK EATS & DRINKS; SCOTT McKINSTRY; RANDY PARAGARY; ("Defendants") (collectively, the "Parties") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against all Defendants be dismissed with prejudice. Plaintiff and Defendants have agreed to a settlement of all of Plaintiff's claims.

**IT IS SO STIPULATED.**

Dated: May 3, 2019                                  REIN & CLEFTON

                                               */s/ Aaron M. Clefton*
By: AARON M. CLEFTON, Esq.
Attorneys for Plaintiff
GERARDO HERNANDEZ

Dated: May 3, 2019                                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                               */s/ Shane Singh*
By: SHANE SINGH, Esq.
Attorneys for Defendants
INK ONE, LLC, dba INK EATS & DRINKS;
SCOTT McKINSTRY and RANDY PARAGARY.

## **ORDER**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: 5/3/2019                                  /s/ John A. Mendez
                                              Honorable John A. Mendez
                                              United States District Court Judge